AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### Eastern District of Washington

GREGORY C KAVANAGH,

                Plaintiff,

                              JUDGMENT IN A CIVIL CASE

          v.

UNION PACIFIC RAILROAD, a Delaware corporation,

                              CASE NUMBER: CV-08-5066-JPH

                Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that the stipulated motion for entry of judgment of dismissal with prejudice (Ct. Rec. 39) is GRANTED.

The case is Dismissed with Prejudice.  File closed.


September 20, 2010                                           JAMES R. LARSEN
*Date*                                                            *Clerk*
                                                                     s/ Pam Howard
                                                                       *(By) Deputy Clerk*
                                                                     Pam Howard